# IN THE UNITED STATES DISTRCT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CONNIE NEWMAN,**

    **Plaintiff,**

v.                                    Case No. 19-cv-890-NJR-RJD

**GENERAL MILLS, INC., et al.,**

    **Defendants.**

## ORDER OF RECUSAL

**ROSENSTENGEL, Chief Judge:**

The undersigned hereby **RECUSES** from the above-captioned civil case. Through random draw, the Clerk of Court has reassigned this matter to United States District Judge J. Phil Gilbert. All future documents filed in this matter shall bear the case number 19-cv-890-JPG-RJD.

    **IT IS SO ORDERED.**

Dated: August 16, 2019

                                    *s/ Nancy J. Rosenstengel*
                                    NANCY J. ROSENSTENGEL
                                    Chief U.S. District Judge