IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CONNIE NEWMAN, individually, and on behalf of all similarly situated current citizens of Illinois,<br><br>                    Plaintiff,<br><br>     v.<br><br>GENERAL MILLS, INC. AND GENERAL MILLS SALES, INC.,<br><br>                    Defendant. | No. 3:19-cv-00890-SMY-RJD |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff Connie Newman hereby voluntarily dismisses this action with prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: July 6, 2020                    Respectfully submitted,

                                       /s/ Matthew H. Armstrong
                                       Matthew H. Armstrong
                                       Armstrong Law Firm LLC
                                       8816 Manchester Rd. No. 109
                                       St. Louis MO 63144
                                       Tel:    314-258-0212
                                       Email: matt@mattarmstronglaw.com

                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ Matthew H. Armstrong