# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONNIE NEWMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-CV-890-SMY |
| | ) |
| **GENERAL MILLS, INC. and GENERAL MILLS SALES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal with Prejudice (Doc. 44), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** August 3, 2020

                                                **MARGARET M. ROBERTIE,**
                                                Clerk of Court

                                                **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**    **s/ Staci M. Yandle**
                      **STACI M. YANDLE**
                      **DISTRICT JUDGE**